UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Oct 7, 2022
DEBORAH S. HUNT, Clerk

No. 22-5154

RHONDA LAUREN DAHLQUIST; SHEILA KNIGHT,

    Plaintiffs-Appellants,

v.

AMEDISYS, INC.,

    Defendant-Appellee.

Before:  BATCHELDER, GIBBONS, and THAPAR, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Tennessee at Chattanooga.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

                                                          ENTERED BY ORDER OF THE COURT

                                                          Deborah S. Hunt, Clerk